# EXHIBIT

# 1

August 11, 2014

Dear Judge Weber,

As the mother of Gina Kerth, who will be in your court September 1[6], 2014, I can give my perspective of her good character and caring personality. I will try to be as brief as possible while including important information that will describe my daughter.

Gina is the oldest of our five children. She was a loving and helpful child who loved her family and was cheerful and generous. In school she was a good student and athlete. She was a friend to all, and gave special consideration to kids who were not popular, as to make them feel accepted. She worked and bought her own car.

As a young adult, Gina got married and had two children. Although she would never speak of it, she was betrayed by an abusive and non-supp[ortive] husband. She found herself divorce[d] with two children and forced to go o[n] welfare.

Always the optimist, she made a lovely home out of a humble apartment in St. Bernard. She was a great Mom who loved her children more than herself. She cared for others as she shared her milk and staples with neighbor children who were neglected. (A welfare success story.)

In 1993, when Gina was 24 years old, I had a stroke. Gina was with me day and night. For one whole year, Gina drove me to therapy 3 times a week with her little ones in tow. She is not only a daughter, but a best friend to me. She did all of this while she was in nursing school and working.

She graduated from nursing school, against all odds. Gina has always had a great work ethic. To this day she works long hours every week. She opened a home health care business with a friend and partner. When the money was tight and they tried to meet payroll, they got into tax trouble. Gina has never acted out of greed or personal gain. She was just trying to make the business work.

Gina employs many nurses and aids. She continues to be a good person and a great mom with two high school daughters.

I implore you, Judge Weber, to allow my daughter to continue to be a part of the lives of all of us who need and love her. She is a productive and non-menacing member of the community. She has corrected her business mistakes and continues to pay the taxes she owes.

Thank you for your thoughtful consideration.

Respectfully,

Kathleen A. Bamonte